UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-62486-CIV-SINGHAL/Valle

SEVEN LXXVII, LLC,

    Plaintiff,

v.

PETER J. MULLINS,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Paperless Report and Recommendation (DE [35]), issued on January 24, 2023. Therein, Magistrate Judge Valle considered Plaintiff's Motion to Tax Costs (DE [33]) and recommended it be granted in part. The parties were given seven days to file any objections to the magistrate judge's factual findings and recommendation. *See* 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. J. R. 4(b).

Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation (DE [35]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to

the Report and Recommendation (DE [35]) have been filed, thus, the Court reviews it for clear error.  *See* Fed. R. Civ. P. 72.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (DE [35]) is **AFFIRMED** and **ADOPTED** as follows:

1. Plaintiff's Motion to Tax Costs (DE [33]) is **GRANTED IN PART**.
2. Plaintiff SEVEN LXXVII, LLC shall recover **$968.00 in costs**, for which let execution issue.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of April 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF